FIELDS LAW FIRM

MATTHEW FORSBERG
ATTORNEY
DIRECT 612-383-1868
1-888-847-8517 EXT. 868
MATT@FIELDSLAW.COM

ANNIE SCHULSTAD
PARALEGAL
DIRECT 612-206-3477
1-888-847-8517 EXT. 477
ANNIE@FIELDSLAW.COM

January 5, 2023

The Honorable Judge Ada Brown
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1312
Dallas, TX 75242-1003

***VIA ECF***

RE: Paula Tolbert v. Equifax Information Services LLC, et al.
Court File No. 3:22-cv-2498-E

Dear Judge Brown:

Please be advised that Plaintiff Paula Tolbert and Trans Union LLC have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Notice of Dismissal within 45 days. Defendants Equifax Information Services LLC, Experian Information Solutions, Inc., Nationstar Mortgage LLC, NewRez LLC d/b/a Shellpoint Mortgage Servicing, Selene Finance LP and Bank of America, N.A. still remain, and Plaintiff has not settled the claims with these Defendants.

Respectfully Submitted,

*/s/ Matthew Forsberg*

Matthew Forsberg
MPF/acs
Attorney

cc: All Counsel (via ECF)