FIELDS LAW FIRM

MATTHEW FORSBERG
ATTORNEY
DIRECT 612-383-1868
1-888-847-8517 EXT. 868
MATT@FIELDSLAW.COM

ANNIE SCHULSTAD
PARALEGAL
DIRECT 612-206-3477
1-888-847-8517 EXT. 477
ANNIE@FIELDSLAW.COM

January 19, 2023

The Honorable Judge Ada Brown
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1312
Dallas, TX 75242-1003

***VIA ECF***

RE: Paula Tolbert v. Equifax Information Services LLC, et al.
Court File No. 3:22-cv-2498-E

Dear Judge Brown:

Please be advised that Plaintiff Paula Tolbert and Equifax Information Services LLC have settled the claims between these two parties subject to the signing of a settlement agreement and release and expect to file a Notice of Dismissal within 45 days. Defendants Experian Information Solutions, Inc., Nationstar Mortgage LLC, Selene Finance LP and Bank of America, N.A. still remain, and Plaintiff has not settled the claims with these Defendants.

Respectfully Submitted,

*/s/ Matthew Forsberg*

Matthew Forsberg
MPF/acs
Attorney

cc: All Counsel (via ECF)